# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL BURKS, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-8-TFM-B |
| | ) |
| **DEEPSEAFOOD a/k/a DEEP SEA** | ) |
| **FOODS, INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendants' motion to dismiss second amended complaint (Doc. 18) is **GRANTED** and this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 8th day of November, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE